BEFORE: WILLIAM D. WALL                    DATE: 01/11/08

UNITED STATES MAGISTRATE JUDGE             TIME: 11:00 AM

DOCKET NO.  CV 05-0367                     ASSIGNED JUDGE: PLATT

CASE NAME:  BIEN-AIME V. COUNTY OF SUFFOLK, ET AL.

_____ CIVIL CONFERENCE

Initial ___  Status ___  Settlement ___  Pretrial ___  Other: MOTION HEARING

APPEARANCES:     Plaintiff      NO APPEARANCE _____

_____

                 Defendant      Richard Dunne _____

                               _____

**SCHEDULING:** The next Pretrial  conference will be held on February 13, 2008 at 10:00 am.
at __ .

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐     Referred to mediation by separate order.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.  The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X     Other: Plaintiff's motion of December 21, 2007 ( 32 ) is DENIED for the reasons stated on today's record. The plaintiff's attorneys are sanctioned in the amount of $ 500.00, payable to the defendant by January 31, 2008, for their failure to appear.  A joint proposed pretrial order shall be submitted at the next conference.  If plaintiff fails to appear at that conference this court will recommend that Judge Platt dismiss the case and further sanctions will be imposed.

                               SO ORDERED

                                /s/William D. Wall _____
                               WILLIAM D. WALL
                               United States Magistrate Judge